**U.S. Bankruptcy Court**

**Eastern District of North Carolina**

In re:

**RANDY P. COLEY**

                                    **Bankruptcy Case No. 18–02154–5–JNC**

                       Debtor

                                    **Adversary Proceeding No. 18–00113–5–JNC**

**RICHARD D. SPARKMAN**

                       Plaintiff

v.

**ITS THUNDERTIME LLC**
**RANDY P. COLEY ET. AL.**

                     Defendant

*SUMMONS IN AN ADVERSARY PROCEEDING*

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days of issuance.

**Address of Clerk:**
    **CLERK, U.S. BANKRUPTCY COURT**
    **EASTERN DISTRICT OF NORTH CAROLINA**
    **300 FAYETTEVILLE STREET, PO BOX 791**
    **RALEIGH, NC 27602**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney:**
    **GEORGE F. SANDERSON**
    **PO BOX 33550**
    **RALEIGH, NC 27636**

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Date Issued: October 26, 2018*

\*

*Stephanie J. Butler, Clerk Of Court*

CSD 3007

**continued caption:**

**Listing Of Defendant Names:**

ITS THUNDERTIME LLC
C/O KIMBERLI M. COLEY, REGISTERED AGENT
202 BRITTANY PLACE

CARY, NC 27511

RANDY P. COLEY

202 BRITTANY PLACE

CARY, NC 27511

KIMBERLI M. COLEY

202 BRITTANY PLACE

CARY, NC 27511